**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **JAMES ALAN BUSH,** | **C 07-3641 PVT** |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **KATHY BICKEL, ET AL.,** Defendant(s). | |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 23, 2007 before Magistrate Judge Patricia V. Trumbull has been continued to **October 26, 2007 at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before October 19, 2007.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: July 18, 2007                      RICHARD W. WIEKING,
                                              Clerk of Court
                                              /s/ Corinne Lew

                                              _____
                                              Corinne Lew
                                              Deputy Clerk

1  Copies mailed to:

2  James Alan Bush
   3859 De La Cruz Blvd.
3  Santa Clara, CA 95054

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28