**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 18, 2007

**CASE NUMBER:  CV 07-03641 PVT**
**CASE TITLE:  JAMES ALAN BUSH-v-KATHY BICKEL, ET.AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/18/2007

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk

NEW CASE FILE CLERK:        7/18/2007

Copies to: Courtroom Deputies  7/18/2007        Special Projects
Log Book Noted                                   Entered in Computer      7/18/2007

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel        7/18/2007        Transferor CSA           7/18/2007bjw