**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES ALAN BUSH,

    Plaintiff,

v.

KATHY BICHEL, et al,

    Defendant.

*__E-FILED - 8/9/07__*

CASE NO.: C-07-03641-RMW

**ORDER OF REFERRAL**

    The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Jeremy Fogel for consideration of whether the case is related to <u>Bush vs. Sunnyvale Police Department, et al.</u>, C-07-00831-JF, and <u>Bush vs. Santa Clara Medical Center, et al.</u>, C-07-07-03942-JF.

**IT IS SO ORDERED.**

Dated: <u>August 9, 2007</u>

*Ronald M Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record:

Mailed to:

**James Alan Bush**
3859 De La Cruz Blvd
Santa Clara, CA 95054