*E-filed on* 8/10/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>Plaintiff,<br><br>v.<br><br>KATHY BICKEL, ET AL.,<br><br>Defendants. | No. C-07-03641 RMW<br><br>ORDER WITHDRAWING ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>**[Re Docket Nos. 2, 8]** |

On August 9, 2007 this court granted plaintiff's application to proceed *in forma pauperis* on the above captioned action based on the statements set forth by plaintiff in his application. Among other things, plaintiff indicated "No" in responding to the question "Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits." However, it has come to the court's attention that there are currently two suits filed by plaintiff pending before the Northern District of California alleging essentially the same claims. Accordingly, an order of referral has been issued in this case. The court hereby withdraws its earlier grant of plaintiff's application to proceed *in forma pauperis* on the above-captioned case and defers determination of whether to grant plaintiff's application to the judge who will be presiding over the case.

DATED:  8/10/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER WITHDRAWING ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*—No. C-07-03641 RMW
SPT

**A copy of this order was mailed on _____ to:**

**Counsel for Plaintiff:**

James Alan Bush (PRO SE)
3859 De La Cruz Boulevard
Santa Clara, CA 95054

**Counsel for Defendants:**

No Appearance

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

Dated:   8/10/07                                                                SPT
                                                                                 Chambers of Judge Whyte