# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

JAMES BUSH,
    Plaintiff,

V.

SUNNYVALE POLICE DEPT.,
    Defendant.

CV-07-831-JF and Related Cases CV-07-3641-JF, CV-07-3942-JF, CV-07-4241-JF, CV-07-4261-JF and CV-07-4460-JF

**ORDER OF DISMISSAL**

The above named matter came regularly for Show Cause hearing before the Honorable Jeremy Fogel in Courtroom 3, on October 5, 2007 at 10:30 a.m. No appearance or response was made o behalf of plaintiff.

IT IS HEREBY ORDERED that this case and all related cases be dismissed for failure to prosecute.

Dated: 10-15-07

JEREMY FOGEL
United States District Judge