

Helene L. Leichter
City Attorney

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

October 22, 2007

The Honorable Jeremy Fogel
Courtroom 3, Fifth Floor
United States District Court
280 South 1st Street
San Jose, CA 95113

Re:    *James Alan Bush v. Kathy Bichel, et. al.*
       Case No. 5:07-cv-03641

Dear Judge Fogel:

An Order of Referral, dated August 9, 2007, refers this case to you for consideration of whether the case is related to *Bush v. Sunnyvale Police Department, et al.*, and *Bush v. Santa Clara Medical Center, et al.* The City of Santa Clara is also a named defendant in *Bush v. Sunnyvale Police Department, et al.* The City of Santa Clara received the enclosed subpoena from James A. Bush, plaintiff in the above-entitled case. This subpoena appears to be invalid; it has no proof of service attached, and was signed by the plaintiff, who is not an attorney authorized to issue subpoenas under FRCP 45. Also, the City has never been served with a complaint in this case.

The City seeks clarification regarding how the Court would prefer to handle discovery issues at this stage of the proceedings. The City has objections to some of the material sought in the subpoena. In particular, releasing unredacted recordings of 9-1-1 calls may subject witnesses to annoyance or harassment (see, e.g., California Penal Code §841.5 which prohibits police agencies from releasing names or addresses of witnesses directly to a criminal defendant).

Because plaintiff is in pro per, a protective order or Court-supervised discovery process may be necessary. Rather than requiring the Court and the City to incur significant time and expense to resolve discovery issues at this stage in the proceedings, the City respectfully requests that the Court stay discovery until the City of Santa Clara has been served with a complaint, the parties have completed the required meet and confer process, and have prepared a joint Case Management Conference statement that includes a discovery plan approved by the Court.

Thank you for your assistance and consideration. If you need to contact me, I may be reached directly at (408) 615-2234.

Sincerely,

*Helene Leichter*

HELENE L. LEICHTER
City Attorney

Enclosure
cc:    Lindsay D. Speck, Deputy City Attorney
       Gina McWilliam, Police Records Manager
I:\DATA\WP\LINDSAY\Correspondence\Letter to Judge Fogel 10-22-07.doc

City of Santa Clara
1500 Warburton Avenue
Santa Clara, CA 95050
(408) 615-2230
FAX (408) 249-7846
www.ci.santa-clara.ca.us